**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-24312-BLOOM/Elfenbein**

JOANNE SMITH,

      Plaintiff,

v.

BRENDA FOREMAN,

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Magistrate Judge Marty Fulgueira Elfenbein's Report and Recommendation. ECF No. [6].  The matter was assigned to Magistrate Judge Elfenbein pursuant to Administrative Order 2025-11. *See* ECF No. [4]. The Report and Recommendation recommends that "[b]ecause the Court afforded Plaintiff the opportunity to pay the required filing fee or resubmit the Long Form for the Court's reconsideration — warning her that failure to do so may result in dismissal — and Plaintiff has neither complied nor sought an extension of time and the time to do so has long passed" the Court exercise its inherent power to dismiss the Complaint without prejudice. ECF No. [6] at 2.

The Report and Recommendation advised the parties they had "fourteen (14) days from the date of being served with a copy of th[e] Report and Recommendation within which to file written objections, if any, with the assigned United States District Judge." *Id.* at 3. To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Elfenbein's Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the

Case No. 25-cv-24312-BLOOM/Elfenbein

Court finds Judge Elfenbein's Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Complaint is dismissed without prejudice.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [6]**, is **ADOPTED**.

2. Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida, on May 13, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

2